UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,        No. 1:08-cr-274

     vs.        Hon. Paul L. Maloney

DONALD EARL CHARLES,

        Defendant.
_____/

## ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

IT IS HEREBY ORDERED that the Indictment against Donald Earl Charles is DISMISSED WITHOUT PREJUDICE.

Dated: February 26, 2010    /s/ Paul L. Maloney
                                  PAUL L. MALONEY
                                  United States District Judge
                                  Western District of Michigan